Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
charles@prhlawllc.com

Thomas F.A. Hetherington, Esq.*
Jennifer H. Chung, Esq.*
MCDOWELL HETHERINGTON LLP
1001 Fannin St., Suite 2400
Houston, Texas 77002
T: (713) 337-5580 | F: (713) 337-8850
tom.hetherington@mhllp.com
jennifer.chung@mhllp.com

*Pro hac applications to be submitted

Attorneys for BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE MOUNTAINVIEW HOSPITAL, INC. D/B/A MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS MEDICAL CENTER, LLC D/B/A SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER,<br><br>  Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.,<br><br>  Defendants. | Case No. 2:23-cv-00992-MMD-BNW<br>Hon. Miranda M. Du<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS**<br><br>**(FIRST REQUEST)**<br>Action Filed: June 27, 2023 |

Plaintiffs Sunrise Mountainview Hospital, Inc. d/b/a Mountainview Hospital and Southern Hills Medical Center, LLC d/b/a Southern Hills Hospital and Medical Center ("Plaintiffs") and Defendant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. ("Defendant") (collectively the "Parties") hereby stipulate, by and through their respective counsel of record, and subject to the Court's approval, as follows:

1. Plaintiffs filed the Complaint in this action on June 27, 2023 (ECF #1), and Defendant was served with the Summons and Complaint on July 3, 2023.

2. Defendant's current deadline to move, answer or otherwise respond to the Complaint is July 24, 2023.

3. Defendant requires additional time to prepare its response to the Complaint.

4. The Parties therefore agree, subject to the Court's approval, to extend the deadline for Defendant to answer, move or otherwise respond to the Complaint by thirty (30) days, to August 23, 2023.

5. The Parties agree that good cause exists for this extension.

6. This is Defendant's first requested extension.

**THE PARTIES HEREBY STIPULATE AND AGREE**, subject to the Court's approval, that Defendant's deadline to answer, move or otherwise respond to the Complaint is extended to August 23, 2023.

Dated: July 12, 2023

POLSINELLI PC

By: /s/Adam D. Chilton
Adam D. Chilton
Attorneys for Plaintiffs

Dated: July 12, 2023

PRHLAW LLC

By: */s/Charles H. McCrea*
 Charles H. McCrea
 Attorneys for Defendant

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: July 14, 2023

# CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I hereby certify that I am an employee of PRHLAW LLC and that on this 12th day of July, 2023, I caused the foregoing JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS (FIRST REQUEST) to be served by the Court's CM/ECF System on all parties and counsel of record.

                                               */s/Charles H. McCrea*