JOSHUA M. DICKEY
Nevada Bar No. 6621
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com

ADAM CHILTON
Texas Bar No. 24092255 (ADMITTED PRO HAC VICE)
**POLSINELLI PC**
2950 North Harwood, Suite 2100
Dallas, Texas 75201
Telephone:  214.661.5515
Adam.Chilton@Polsinelli.com

*Attorneys for Plaintiffs*
*Sunrise MountainView Hospital, Inc. d/b/a*
*MountainView Hospital; and Southern Hills*
*Medical Center, LLC d/b/a  Southern Hills*
*Hospital & Medical Center*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE MOUNTAINVIEW HOSPITAL, INC. D/B/A MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS MEDICAL CENTER, LLC D/B/A SOUTHERN HILLS HOSPITAL & MEDICAL CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.,<br><br>Defendant. | Case No.:  2:23-cv-00992-MMD-BNW<br><br>**PLAINTIFFS SUNRISE MOUNTAINVIEW HOSPITAL, INC. AND SOUTHERN HILLS MEDICAL CENTER, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiffs, Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital ("MountainView Hospital"), and Southern Hills Medical Center, LLC d/b/a Southern Hills Hospital & Medical Center ("Southern Hills Hospital"), (collectively "Plaintiffs"), by and through their counsel, Bailey❖Kennedy, respectfully move this Court for an extension of time to and including Friday, September 15, 2023, to file their Response to

1  Defendant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.'s ("Defendant") Motion to
2  Dismiss Plaintiffs' Complaint. In support of this request, Plaintiffs offer the following:
3         On August 23, 2023, Defendant filed its Motion to Dismiss [Dkt. No. 17]. Pursuant to
4  Local Rule 7-2(b), Plaintiffs' response is currently due on September 6, 2023.
5         Due to the time associated with drafting a response to Defendant's Motion to Dismiss
6  and reviewing the voluminous documents that Defendant attached to such motion, and due to
7  the schedule of Plaintiffs' counsel, Plaintiffs need additional time to prepare their response.
8         Plaintiffs therefore respectfully request an extension of time to and including Friday,
9  September 15, 2023, to file their Response to Defendant's Motion to Dismiss.  This is the first
10  motion to extend time to respond to the Motion to Dismiss Plaintiffs' Complaint.
11         Plaintiffs' request is made in good faith and no party will be prejudiced by the granting
12  of this Motion. Indeed, counsel for Defendant has advised that Defendant does not oppose the
13  relief requested herein.
14         Additionally, the granting of this Motion will not delay the proceeding as the parties
15  are still actively engaged in drafting discovery requests and moving this case forward.
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Consequently, Plaintiffs respectfully suggest that their request for an extension of time to and including Friday, September 15, 2023, to file its Response to Defendant's Motion to Dismiss [Dkt. No. 17, filed August 23, 2023], should be granted.

DATED this 30th day of August, 2023.

BAILEY❖KENNEDY

By: /s/ Joshua M. Dickey
      JOSHUA M. DICKEY

In Association With:

ADAM CHILTON
(ADMITTED PRO HAC VICE)
**POLSINELLI PC**
2950 North Harwood, Suite 2100
Dallas, Texas 75201

*Attorneys for Plaintiffs*
*Sunrise MountainView Hospital, Inc.*
*d/b/a MountainView Hospital; and*
*Southern Hills  Medical Center, LLC*
*d/b/a  Southern Hills Hospital &*
*Medical Center*

**IT IS SO ORDRED:**

_____

UNITED STATES DISTRICT COURT JUDGE

DATED:___ August 30, 2023

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 30th day of August, 2023, service of the foregoing **PLAINTIFFS SUNRISE MOUNTAINVIEW HOSPITAL, INC. AND SOUTHERN HILLS MEDICAL CENTER,  LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

CHARLES H. MCCREA, ESQ.
**PRHLAW LLC**
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

Email:  charles@prhlawllc.com

*Attorneys for Defendant*
*Blue Cross Blue Shield Healthcare Plan*
*of Georgia, Inc.*

In Association With:

THOMAS F.A. HETHERINGTON, ESQ.
JENNIFER H. CHUNG, ESQ.
(ADMITTED PRO HAC VICE)
**MCDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2400
Houston, Texas 77002

Email: thomas.hetherington@mhllp.com
jennifer.chung@mhllp.com

*Attorneys for Defendant*
*Blue Cross Blue Shield Healthcare Plan*
*of Georgia, Inc.*