Charles H. McCrea, Esq. (SBN #104)
PRHLAW LLC
520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166
charles@prhlawllc.com

Thomas F.A. Hetherington, Esq.*
Jennifer H. Chung, Esq.*
MCDOWELL HETHERINGTON LLP
1001 Fannin St., Suite 2400
Houston, Texas 77002
T: (713) 337-5580 | F: (713) 337-8850
tom.hetherington@mhllp.com
jennifer.chung@mhllp.com

*Admitted pro hac vice

Attorneys for BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE MOUNTAINVIEW HOSPITAL, INC. D/B/A MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS MEDICAL CENTER, LLC D/B/A SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.,<br><br>    Defendants. | Case No. 2:23-cv-00992-MMD-BNW<br>Hon. Miranda M. Du<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO PRODUCE ANY ADMINISTRATIVE RECORD BY 21 DAYS**<br><br>**(SECOND REQUEST)**<br>Action Filed: June 27, 2023 |

Plaintiffs Sunrise Mountainview Hospital, Inc. d/b/a Mountainview Hospital and

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO PRODUCE THE ADMINISTRATIVE RECORD BY 21 DAYS**

Southern Hills Medical Center, LLC d/b/a Southern Hills Hospital and Medical Center ("Plaintiffs") and Defendant Blue Cross Blue Shield Healthcare Plan of Georgia, Inc. ("Defendant") (collectively the "Parties") hereby stipulate, by and through their respective counsel of record, and request that the Court grant a 21-day extension of time for Defendant to produce any administrative record, as follows:

1. On March 22, 2024, the Court entered a scheduling order [ECF No. 29] setting the deadline to produce any administrative record 90 days from the answer deadline, which is June 19, 2024. By way of reference, the deadline to file any motion for judgment on the administrative record for claims governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA") is September 12, 2024 and the deadline to complete discovery on any claim not governed by ERISA is September 17, 2024, and [ECF No. 29.]

2. The parties have agreed to extend the deadline for Defendant to produce any administrative record to allow time for informal discussions for resolution. As such, the parties request that the Court grant their joint request to extend the deadline for Defendant to produce the administrative record by twenty-one (21) days, to July 10, 2024.

3. The parties agree that good cause exists for this extension and that no party will be prejudiced. The next deadline on the scheduling order (deadline to file a motion for judgment on the administrative record of September 12, 2024) will not be affected by this stipulated request.

4. This is Defendant's second request for an extension of time,[1] but first request for an extension in connection with a deadline in the scheduling order.

**THE PARTIES HEREBY STIPULATE, AGREE** and request that the Court extend Defendant's deadline to produce any administrative record to and including July 10, 2024.

---

[1] Defendant's first request for extension was in connection with the deadline to respond to the complaint.

1  Dated: June 17, 2024

                      POLSINELLI PC

                      By: ___/s/ *Adam D. Chilton*___
                         Adam D. Chilton
                         Attorneys for Plaintiffs

Dated: June 17, 2023

                      PRHLAW LLC

                      By: ___/s/*Jennifer H. Chung*___
                         Jennifer H. Chung
                         Attorneys for Defendant

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 18, 2024

# CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I hereby certify that I am an employee of McDowell Hetherington LLP and that on this 17th day of June, 2024, I caused the foregoing JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO PRODUCE THE ADMINISTRATIVE RECORD BY 21 DAYS to be served by the Court's CM/ECF System on all parties and counsel of record.

                                           */s/Jennifer H. Chung*
                                                   Jennifer H. Chung