Joshua M. Dickey
Nevada Bar No. 6621
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com

Adam Chilton
Texas Bar No. 24092255 (Admitted Pro Hac Vice)
**POLSINELLI PC**
2950 North Harwood, Suite 2100
Dallas, Texas 75201
Telephone:  214.661.5515
Adam.Chilton@Polsinelli.com

*Attorneys for Plaintiffs*
*Sunrise MountainView Hospital, Inc. d/b/a*
*MountainView Hospital; and Southern Hills*
*Medical Center, LLC d/b/a  Southern Hills*
*Hospital & Medical Center*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE MOUNTAINVIEW HOSPITAL, INC. D/B/A MOUNTAINVIEW HOSPITAL; and SOUTHERN HILLS MEDICAL CENTER, LLC D/B/A SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.,<br><br>Defendant. | Case No. 2:23-cv-00992-MMD-BNW<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures, Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital ("MountainView Hospital"), and Southern Hills Medical Center, LLC d/b/a Southern Hills Hospital & Medical Center ("Southern Hills Hospital"), (collectively "Plaintiffs"), and Defendant Blue Cross Blue Shield

Healthcare Plan of Georgia, Inc. ("Defendant") (collectively Plaintiffs and Defendant are referred to as the "Parties"), by and through their counsel, hereby stipulate to the dismissal of all of the claims at issue in this action, with prejudice. The Parties shall bear their own attorneys' fees and costs incurred in this action.

DATED this 28th day of January, 2025.

**BAILEY✧KENNEDY**

By: /s/ Joshua M. Dickey
JOSHUA M. DICKEY

ADAM CHILTON
(ADMITTED PRO HAC VICE)
**POLSINELLI PC**
2950 North Harwood, Suite 2100
Dallas, Texas 75201

*Attorneys for Plaintiffs*
*Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital; and Southern Hills Medical Center, LLC d/b/a Southern Hills Hospital & Medical Center*

DATED this 28th day of January, 2025.

**MCDOWELL HETHERINGTON LLP**

By: /s/ Jennifer H. Chung
THOMAS F.A. HETHERINGTON
JENNIFER H. CHUNG
(ADMITTED PRO HAC VICE)
1001 Fannin Street, Suite 2400
Houston, Texas 77002

CHARLES H. MCCREA, ESQ.
**PRHLAW LLC**
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: January 29, 2025